IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01475-OES

JOHN ROBERT LEONARD, SR.,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE,

    Defendant.

---

ORDER OVERRULING OBJECTION

---

On September 19, 2005, Plaintiff John Robert Leonard, Sr., submitted *pro se* and the Court filed a document titled "Request pursuant to: Title 4 USC § 552a, FOIA & PA 7 Pages." Mr. Leonard objects to Magistrate Judge O. Edward Schlatter's September 14, 2005, order directing him to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The Court will construe the document liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A) (Supp. 2005). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. After reviewing the entire file, the Court concludes that Magistrate Judge Schlatter's September 14, 2005, order directing Mr. Leonard to file an amended complaint. Accordingly, it is

ORDERED that the document titled "Request pursuant to: Title 4 USC § 552a, FOIA & PA 7 Pages," that Plaintiff John Robert Leonard, Sr., submitted *pro se* and the Court filed on September 19, 2005, and which the Court has construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), is overruled. It is

FURTHER ORDERED that Mr. Leonard has **thirty (30) days from the date of this order** to file an amended complaint as directed in the September 14, 2005, order if he wishes to pursue his claims in this action.

DATED at Denver, Colorado, this 28 day of Sept., 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01475-OES

John Robert Leonard, Sr.
c/o 2603 Grand Ave.
Grand Junction, CO 81501

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  9-28-05

GREGORY C. LANGHAM, CLERK

By:  _____
           Deputy Clerk